IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03CR70-16**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LUIS RAUL SALAZAR-ACOSTA ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Letter Motion to Modify / Correct Sentence [doc. 447] filed on August 24, 2007.

In accordance with the Court's original intent, this motion is **GRANTED.** Defendant's sentence is reduced from 57 months to 31 months. A new J&C is to be prepared to reflect the new sentence in order that defendant receive credit for time served in state prison.

**IT IS SO ORDERED.**

Signed: August 21, 2007

Graham C. Mullen
United States District Judge